UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SARA GODUR              :
                        :
Plaintiff,              :
                        :
v.                      :         Case No. 1:25-cv-20824-DPG
                        :
                        :
JILL BERISH             :
                        :
Defendant.              :

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW**, Plaintiff, Sara Godur, by and through undersigned counsel, hereby gives notice of the voluntary dismissal of this action <u>WITHOUT PREJUDICE</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by the Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

**I HEREBY FURTHER CERTIFY** that the following document is double spaced

and typed in 12-Point "Times New Roman" Typeface, in accordance with this Honorable Court's Local Procedures.

| | |
|---|---|
| **BARKET LAWYERS** <br> CONCORDE BUILDING - 7TH FLOOR <br> 66 W. FLAGLER STREET <br> MIAMI, FL, 33130 <br> TELE: (305) 373-6711 <br> DYLAN@BARKETLAWYERS.COM <br> PLEADINGS@BARKETLAWYERS.COM <br><br> /s/Dylan G. Barket, Esq. <br> FBN: 1026381 | **GUY SPIEGELMAN, ESQUIRE** <br> Suite 912 – Biscayne Building <br> 19 West Flagler Street <br> Miami, Florida 33130 <br> Telephone: 305-373-6634 <br> Facsimile: 305-373-6638 <br> e-mail: ggs@spiegelmanlaw.com <br><br> By: /s/ *Guy Spiegelman* <br> GUY SPIEGELMAN, ESQUIRE <br> Fla. Bar No.: 169689 |